IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BALENTE MARTINEZ, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) ) | No. 15 cv 3051 |
| Plaintiff | ) ) | Magistrate Judge Finnegan |
| v. | ) ) ) | *JURY DEMAND* |
| ASH PALLET MANAGEMENT, INC., AND ANTHONY JAMES ASH, INDIVIDUALLY | ) ) ) ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Balente Martinez, by his attorney, Defendants Ash Pallet Management and Anthony James Ash, by their attorney pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss this action in its entirety *without* prejudice and without costs or attorneys' fees pursuant to settlement, except as otherwise provided for by the Parties' agreement. On December 1, 2017, absent a motion by any party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Date: November 14, 2017

Respectfully Submitted,

/s/John W. Billhorn   (11/14/2017)
John W. Billhorn
Attorney for Plaintiffs

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604

*/s/ Marty Denis (by permission 11/14/2017)*
Marty Denis
Attorney for Defendants

Barlow, Kobata and Denis LLP
525 W. Monroe, Suite 2360
Chicago, IL 60661
